UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas P. Welch,

Plaintiff,

vs.

Dura-Line Corporation, a wholly-owned subsidiary of Emerson Electric Company; and Emerson Electric Company, a Missouri Corporation,

Defendants.

File No. 00-1604 PAM/JGL

**STIPULATION TO REMAND AND ORDER TO REMAND**

WHEREAS, Plaintiff Thomas P. Welch commenced the above-captioned matter on June 20, 2000 in Hennepin County District Court, Fourth Judicial District, State of Minnesota, where it was subsequently assigned File No. EM-00-9592; and

WHEREAS, Defendants Dura-Line Corporation and Emerson Electric Company in good faith removed the above-captioned matter on July 7, 2000 from Hennepin County District Court, Fourth Judicial District, State of Minnesota, to the United States District Court for the District of Minnesota, where it was assigned File No. 00-1604 PAM/JGL; and

WHEREAS, Plaintiff's counsel, Patrick J. Neaton, informed Defendants' counsel via correspondence dated July 13, 2000, that Plaintiff is not seeking in excess of $75,000

FILED JUL 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

of damages, including statutory penalties and attorneys' fees, in connection with the above-captioned matter and would so stipulate;

NOW, THEREFORE, Plaintiff Thomas P. Welch and Plaintiff's counsel, Patrick J. Neaton, do hereby stipulate and represent that the amount in controversy in the above-captioned matter does not exceed the sum or value of $75,000, including statutory penalties, attorneys' fees, any other monetary relief authorized by law, or any other monetary relief in any form or fashion, but exclusive of interest and costs.

Accordingly, due to the fact that Plaintiff through his attorney, Patrick J. Neaton, has stipulated that the amount in controversy in the above-captioned matter does not exceed the sum or value of $75,000, and that Plaintiff will not seek relief in excess of the sum or value of $75,000, including statutory penalties, attorneys' fees, any other monetary relief authorized by law, or any other monetary relief in any form or fashion, but exclusive of interest and costs, it now appears that there is a lack of federal jurisdiction and, therefore, Defendants Dura-Line Corporation and Emerson Electric Company and their counsel, Douglas R. Christensen and Erik T. Nelson, will not object to the remand of the above-captioned matter from the United States District Court for the District of Minnesota to Hennepin County District Court, Fourth Judicial District, State of Minnesota.

Dated: July 17, 2000

DORSEY & WHITNEY LLP

By ______________________
Douglas R. Christensen (#192594)
Erik T. Nelson (#296119)
Pillsbury Center South, Ste. 1300
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-8875/752-7317

Attorneys for Defendants Dura-Line Corporation and Emerson Electric Company

Dated: July 25, 2000

NEATON & PUKLICH, P.L.L.P.

By ______________________
Patrick J. Neaton (#77318)
445 Lake, Suite 333
Wayzata, MN 55391
(952) 473-8444

Attorneys for Plaintiff Thomas J. Welch

**ORDER**

Based on this Stipulation of the parties and on all the files, records, and pleadings in the above-captioned matter,

IT IS HEREBY ORDERED THAT:

Due to the fact that Plaintiff through his attorney, Patrick J. Neaton, has stipulated that the amount in controversy in the above-captioned matter does not exceed the sum or

value of $75,000, and that Plaintiff will not seek relief in excess of the sum or value of $75,000, including statutory penalties, attorneys' fees, any other monetary relief authorized by law, or any other monetary relief in any form or fashion, but exclusive of interest and costs, it now appears that there is a lack of federal jurisdiction and, therefore, the above-captioned matter is hereby remanded from the United States District Court for the District of Minnesota, to Hennepin County District Court, Fourth Judicial District, State of Minnesota.

Dated: July 28, 2000

[signature]
The Honorable Paul A. Magnuson